# In the United States Court of Federal Claims

No. 21-1477C
(E-Filed: July 28, 2021)

| | |
|---|---|
| FABIAN BARAJAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

<u>ORDER OF DISMISSAL</u>

On June 21, 2021, the court issued a scheduling order directing pro se plaintiff to either pay the outstanding amount of $402.00 in filings fees or apply to proceed <u>in forma pauperis</u> (IFP) in this case by July 19, 2021.  <u>See</u> ECF No. 6.  The court's June 21, 2021 scheduling order cautioned plaintiff that failure to comply with the court's order would result in this case being dismissed for failure to prosecute under Rule 41(b) of the Rules of the United States Court of Federal Claims (RCFC).  <u>Id.</u> at 1.  As of the filing of this order, the court has not received either a filing fee or an IFP application from plaintiff.

Accordingly:

(1) Because plaintiff has failed to comply with the court's June 21, 2021 scheduling order, the clerk's office is directed to **ENTER** final judgment **DISMISSING** plaintiff's complaint **without prejudice**, pursuant to RCFC 41(b), for failure to prosecute; and

(2) The clerk's office is further directed to **REJECT** any future filings from plaintiff that are not in compliance with this court's rules without further order of the court.

IT IS SO ORDERED.

s/*Patricia E. Campbell-Smith*
PATRICIA E. CAMPBELL-SMITH
Judge